In the Matter of the Claim of JOSEPH HEBERT against DENT FURNITURE COMPANY et al., Respondents. STATE INDUSTRIAL BOARD, Appellant.

(Argued October 4, 1933; decided October 24, 1933.)

. *John J. Bennett, Jr., Attorney-General (John R. O'Hanlon* and *Roy Wiedersum* of counsel), for State Industrial Board, appellant.

*Frank L. Ward* for respondents.

no opinion.

Concur: POUND, Ch. J., KELLOGG, O'BRIEN and CROUCH, JJ. Dissenting: CRANE, LEHMAN and HUBBS, JJ.